IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY GENO MARTINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv179 |
| SUE HAWTHORNE | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Anthony Geno Martinson, proceeding *pro se*, filed the above-styled lawsuit. The Court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings in this matter. The clerk attempted to mail a copy of the Report and Recommendation to plaintiff at two different addresses. The copy of the Report and Recommendation mailed to plaintiff was returned to the Court because plaintiff was not at either address. Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Clerk with a physical address and advise the clerk in writing of any change of address.

ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 5] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 12th day of September, 2022.**

Michael J. Truncale
United States District Judge